FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 12 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DEBRA CUTAIA,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV- 2898 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 20, 2005, remanding the case to the Commissioner with the direction that a new Administrative Law Judge will be assigned to the case; and directing that if plaintiff files another action in the Eastern District of New York after the remand, that the case shall be assigned as a related case; it is

ORDERED and ADJUDGED that the case is remanded to the Commissioner with the direction that a new Administrative Law Judge will be assigned to the case; and that if plaintiff files another action in the Eastern District of New York after the remand, that the case shall be assigned as a related case.

Dated: Brooklyn, New York
        May 24, 2005

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court